UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-24126-CIV-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,

    Defendants.
_____/

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court upon the parties' Joint Motion for the entry of a briefing schedule in lieu of standard trial setting order. The Court has considered the Motion and is duly advised in the premises. It is hereby

ORDERED that the Joint Motion is GRANTED. In lieu of the Court's standard trial setting order and the deadlines provided therein, the Court enters the following schedule for briefing of summary judgment motion(s):

    Motions for Summary Judgment Due:    [June 3, 2025]

    Responses to Motion for Summary Judgment Due:  [July 8, 2025]

    Replies Due:    [July 22, 2025]

DONE and ORDERED in Chambers, Miami, Florida this \_\_\_\_\_ day of _____, 2025.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE