UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-24126-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT; UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,

    Defendants.
_____/

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

To promote judicial economy and for good cause shown, the parties jointly move to extend the summary judgment briefing schedule in this matter. As grounds, the parties state:

1.    ACLU of Florida filed this action seeking relief under the Freedom of Information Act, 552 U.S.C. § 552, for ICE's alleged failure to respond as required by FOIA to three requests for information related to two individuals' detention in ICE custody at the Baker County Detention Center in Macclenny, Florida.

2.    Since the filing of the Complaint, ICE has rendered determinations with respect to ACLU of Florida's three FOIA requests. The agency produced responsive material with respect to the third FOIA request (Request No. 2024-ICFO-53110). And the agency invoked Exemption 7A with respect to the first two FOIA requests (Request Nos. 2024-ICFO-20675 and 2024-ICFO-20679) on the grounds that the material requested was compiled for law enforcement purposes and

its disclosure could reasonably be expected to interfere with enforcement proceedings. *See* Status Report, ECF No. 12.

3. In advance of the forthcoming June 3, 2025 summary judgment deadline, *see* ECF No. 10, the parties have conferred on narrowing the issues for the Court to resolve. Over the course of those conversations, ICE has now confirmed that the law enforcement proceeding in deference to which it raised Exemption 7A has concluded. On that basis, ICE has agreed to process the records responsive to Requests Nos. 2024-ICFO-20675 and 2024-ICFO-20679, which it was withholding based on Exemption 7A.

4. Given this recent development, which may resolve or significantly narrow the issues to be raised at summary judgment, the parties respectfully request that the Court extend the briefing schedule. The parties have coordinated on processing. ICE represents that there are several hours of video footage that need to be processed for redactions, along with some documents. Based on this representation, the parties respectfully request the briefing schedule be deferred by six months to allow for such processing. The parties propose the following deadlines:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline to file any motions for summary judgment: | June 3, 2025 | December 3, 2025 |
| Deadline to file any responses to motions for summary judgment: | July 8, 2025 | January 8, 2026 |
| Deadline to file any replies in support of any motion for summary judgment: | July 22, 2025 | January 22, 2026 |

5. This motion is made in good faith and for purposes of streamlining the matter to avoid judicial waste. The parties will continue to file joint status reports every 45 days pursuant to the Court's Paperless Order, ECF No. 10.

Dated: May 23, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ James M. Slater* | HAYEN O'BYRNE |
| James M. Slater (FBN 111779) | UNITED STATES ATTORNEY |
| Slater Legal PLLC | |
| 9000 Dadeland Blvd., Suite 1500 | By: */s/ Carlos Raurell* |
| Miami, Florida 33156 | Carlos Raurell |
| Tel. (305) 523-9023 | Assistant United States Attorney |
| james@slater.legal | Florida Bar No. 529893 |
| | Carlos.Raurell@usdoj.gov |
| Amien Kacou (FBN 44302) | United States Attorney's Office |
| Amy Godshall (FBN 1049803) | 99 NE 4th Avenue, Suite 300 |
| Daniel B. Tilley (FBN 102882) | Miami, Florida 33132 |
| ACLU Foundation of Florida | Telephone: (305) 961-9243 |
| 4343 W. Flagler Street, Suite 400 | Facsimile: (305) 530-7139 |
| Miami, FL 33134 | |
| Tel. (786) 363-2700 | *Attorneys for the Defendants* |
| akacou@aclufl.org | |
| agodshall@aclufl.org | |
| dtilley@aclufl.org | |

*Attorneys for Plaintiff*