UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-24126-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT; UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,

    Defendants.
_____/

## ORDER MODIFYING BRIEFING SCHEDULE

THIS MATTER is before the Court upon the parties' joint motion to modify the briefing schedule in this Freedom of Information Act case based on developments with respect to Defendant United States Immigration and Customs Enforcement's invocation of statutory exemptions. Having considered the motion and finding good cause shown, the Court hereby

ORDERS that the joint motion to modify the briefing schedule is GRANTED. The modified briefing schedule is as follows:

| | |
|---|---|
| Motions for Summary Judgment Due: | December 3, 2025 |
| Responses to Motions for Summary Judgment Due: | January 8, 2026 |
| Replies Due: | January 22, 2026 |

IT IS FURTHER ORDERED that the parties shall continue to file joint status reports every 45 days pursuant to the Court's previous Order, ECF No. 10.

DONE AND ORDERED in Chambers at Miami, Florida this \_\_\_\_\_ day of _____ _____, 2025.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE