UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-24126-CIV-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,

    Defendants.
_____/

## JOINT STATUS REPORT

Pursuant to the Court's Paperless order at ECF Nos. 10 and 14, Plaintiff, American Civil Liberties Union of Florida, Inc., and Defendants, United States Department of Homeland Security, through its component, Defendant Immigration and Customs Enforcement (ICE), jointly file this Status Report advising the Court of what progress has been made in resolving the issues in the case and what remains to be done.

1. Plaintiff filed this action seeking relief under the Freedom of Information Act, 552 U.S.C. § 552 for ICE's alleged failure to respond as required by FOIA to three requests for information related to two individuals' detention in ICE custody at the Baker County Detention Center in Macclenny, Florida.

2. After the filing of Plaintiff's Complaint (ECF No. 1), ICE responded to two of the three FOIA requests at issue by invoking FOIA Exemption 7A (5 U.S.C. § 552(b)(7)(A)) to withhold in full materials responsive to Request Nos. 2024-ICFO-

20675 and 2024-ICFO-20679, on the grounds that the material requested was compiled for law enforcement purposes and its disclosure could reasonably be expected to interfere with law enforcement proceedings. More recently, however, the agency's FOIA section learned that the law enforcement proceedings upon which its assertion of Exemption 7A was based had concluded. The agency has, therefore, withdrawn its assertion of Exemption 7A and is processing the responsive material for production to Plaintiff. A production of material is anticipated on this date (June 23, 2025).

3. With regard to the third FOIA request at issue, Request No. 2024-ICFO-53110, ICE has completed its production of responsive material.

4. Following the completion of ICE's production of material responsive to Request Nos. 2024-ICFO-20675 and 2024-ICFO-20679, and to the extent the parties cannot narrow or eliminate areas of disagreement, the Court will need to adjudicate the adequacy of the agency's search for responsive material and/or the lawfulness of the agency's assertion of FOIA Exemptions to withhold responsive material.

5. Pursuant to the Court's previously entered briefing schedule, motions for summary judgment are due on December 3, 2025; responses are due on January 8, 2026; and replies are due on January 22, 2026.

Dated:  June 23, 2025                Respectfully submitted,

Miami, Florida

/s/ James Murray Slater
Slater Legal PLLC
9000 Dadeland Blvd.
Ste 1500
Miami, FL 33156
305-523-9023

        Email: james@slater.legal
        *Counsel for Plaintiff*

        HAYEN O'BYRNE
        UNITED STATES ATTORNEY

By:  /s/ Carlos Raurell
        Carlos Raurell
        Assistant United States Attorney
        Florida Bar No. 529893
        Carlos.Raurell@usdoj.gov
        United States Attorney's Office
        99 NE 4th Avenue, Suite 300
        Miami, Florida 33132
        Telephone: (305) 961-9243
        Facsimile: (305) 530-7139
        *Attorneys for the Defendant*