UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-24126-CIV-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

     Plaintiff,

v.

UNITED STATES IMMIGRATION AND
 CUSTOMS ENFORCEMENT, UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,

     Defendants.

_____/

## JOINT NOTICE OF RESUMPTION OF FUNDING

Pursuant to the Court's Paperless Order at ECF No. 20, which granted the parties joint motion to stay the briefing schedule then in effect (set forth in ECF No. 14) and indicating that the Court would **enter a new briefing schedule following the resumption of appropriations, with new deadlines accounting for the duration of the lapse in appropriations,** Plaintiff, American Civil Liberties Union of Florida, Inc., and Defendants, United States Department of Homeland Security, through its component, Defendant Immigration and Customs Enforcement (ICE), jointly file this notice that funding has resumed.  The duration of the lapse in appropriations was 43 days. The parties respectfully request the entry of a new briefing schedule as follows:

The Parties shall file any motions for summary judgment on or before **January 15, 2026**.

The Parties shall file any responses to any motion for summary judgment on or before **February 20, 2026**.

The Parties shall file any replies in support of any motion for summary judgment on or before **March 10, 2026**.

A proposed order entering the foregoing schedule is attached.

Dated:  November 14, 2025                         Respectfully submitted,

Miami, Florida


/s/ James Murray Slater
Slater Legal PLLC
9000 Dadeland Blvd.
Ste 1500
Miami, FL 33156
305-523-9023
Email: james@slater.legal
*Counsel for Plaintiff*



JASON REDING QUINONES
UNITED STATES ATTORNEY

By:   /s/ Carlos Raurell
Carlos Raurell
Assistant United States Attorney
Florida Bar No. 529893
Carlos.Raurell@usdoj.gov
United States Attorney's Office
99 NE 4th Avenue, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9243
Facsimile: (305) 530-7139
*Attorneys for the Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-24126-CIV-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

     Plaintiff,

v.

UNITED STATES IMMIGRATION AND
 CUSTOMS ENFORCEMENT, UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,

     Defendants.
_____/

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court upon the parties' Joint Notice of Resumption of Funding, which seeks the entry of a briefing schedule accounting for the 43-day duration of the now-concluded government shutdown. It is hereby

ORDERED that the Joint Motion is GRANTED.   The Court enters the following schedule for briefing of summary judgment motion(s):

The Parties shall file any motions for summary judgment on or before **January 15, 2026**.

The Parties shall file any responses to any motion for summary judgment on or before **February 20, 2026**.

The Parties shall file any replies in support of any motion for summary judgment on or before **March 10, 2026**.

DONE and ORDERED in Chambers, Miami, Florida this _____ day of

_____, 2025.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE