UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-24126-CIV-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, *et ano.*,

    Defendants.
_____/

**JOINT STATUS REPORT**

    Pursuant to the Court's Paperless Orders at ECF Nos. 10 and 14, Plaintiff American Civil Liberties Union of Florida, Inc. and Defendants United States Department of Homeland Security, through its component, Defendant Immigration and Customs Enforcement (ICE), jointly file this Status Report advising the Court of what progress has been made in resolving the issues in the case and what remains to be done.

    1.    ACLU of Florida filed this action seeking relief under the Freedom of Information Act, 552 U.S.C. § 552, for ICE's alleged failure to respond as required by FOIA to three requests for information related to two individuals' detention in ICE custody at the Baker County Detention Center in Macclenny, Florida.

    2.    Since the filing of the Complaint, ICE has rendered determinations with respect to ACLU of Florida's three FOIA requests. The agency produced responsive material with respect to the third FOIA request (Request No. 2024-ICFO-53110). Further, the agency initially invoked Exemption 7A with respect to the first two FOIA requests (Request Nos. 2024-ICFO-20675 and

2024-ICFO-20679) on the grounds that the material requested was compiled for law enforcement purposes and its disclosure could reasonably be expected to interfere with enforcement proceedings, but the agency has now confirmed that such law enforcement proceedings have concluded and it will process records responsive to ACLU of Florida's first two FOIA requests. *See* ECF No. 12.

3. With respect to these first two requests, ICE produced responsive video footage and 16 pages of records on June 24, 2025, additional video footage and 576 pages of records on July 31, 2025, two video clips on August 27, 2025, a video clip on September 30, 2025, a video clip on December 23, 2025, and a video clip on January 29, 2026. ICE advise that there are approximately 14 hours of responsive video footage that will need to be processed, which processing will take several more months.

4. To the extent the parties cannot narrow or eliminate areas of disagreement, the Court will need to adjudicate the adequacy of the agency's search for responsive material and/or the lawfulness of the agency's assertion of FOIA Exemptions to withhold responsive material.

5. Pursuant to the Court's previously entered modified briefing schedule, motions for summary judgment are due on September 15, 2026; responses are due on October 20, 2026; and replies are due on November 6, 2026.

*[Signature Blocks to Follow]*

Dated: January 29, 2026

Respectfully submitted,

<table>
<tr><td>

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Blvd., Suite 1500
Miami, Florida 33156
Tel. (305) 523-9023
james@slater.legal


Amy Godshall (FBN 1049803)
Daniel B. Tilley (FBN 102882)
ACLU Foundation of Florida
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel. (786) 363-2700
agodshall@aclufl.org
dtilley@aclufl.org

*Attorneys for Plaintiff*

</td><td>

HAYDEN O'BYRNE
UNITED STATES ATTORNEY

By: */s/ Carlos Raurell*
Carlos Raurell
Assistant United States Attorney
Florida Bar No. 529893
Carlos.Raurell@usdoj.gov
United States Attorney's Office
99 NE 4th Avenue, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9243
Facsimile: (305) 530-7139

*Attorneys for the Defendants*

</td></tr>
</table>