UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-24126-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT; UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,

    Defendants.
_____/

## **DEFENDANTS' NOTICE OF PAUSE IN PROCESSING FOIA REQUEST**

Defendants hereby notify the Court and Plaintiff that the Department of Homeland Security is currently experiencing a lapse in appropriations. During this time, the ICE FOIA Office has been furloughed and unable to perform any work or process any records related to this case. Defendants will notify the Court and Plaintiff within seven (7) days after appropriations are restored and may request a modification to the briefing schedule to account for the time lost due to the lapse in appropriations.

Dated: February 18, 2026

                                              Respectfully submitted,

                                              JASON REDING QUINONES
                                              UNITED STATES ATTORNEY

                                              By:  Carlos Raurell
                                              Assistant United States Attorney Florida Bar
                                              No. 529893

Carlos.Raurell@usdoj.gov
United States Attorney's Office
99 NE 4th Avenue, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9243
Facsimile: (305) 530-7139

*Attorneys for the Defendants*