UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-24126-CIV-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

  Plaintiff,

v.

UNITED STATES IMMIGRATION AND
 CUSTOMS ENFORCEMENT, UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,

  Defendants.

_____/

## JOINT PROPOSAL FOR BRIEFING SCHEDULE

Pursuant to the Court's Paperless Order at ECF No. 28, Plaintiff, American Civil Liberties Union of Florida, Inc., and Defendants, United States Department of Homeland Security, through its component, Defendant Immigration and Customs Enforcement (ICE), file this Joint Proposal for a new briefing schedule. As an initial matter, however, Defendant ICE notes that, contrary to the Court's indication in the Order, appropriations for ICE's Freedom of Information Act operations have *not* resumed.  Employees in ICE's FOIA unit remain furloughed and are currently not processing material in response to the FOIA request underlying this action.

Notwithstanding the foregoing, the parties hereby propose the following briefing schedule:

Motions for Summary Judgment Due:   [November 16, 2026].

Responses to Motion for Summary Judgment Due:  [December 16, 2025]

Replies Due:       [January 6, 2027].

WHEREFORE, the parties respectfully request the entry of the foregoing briefing schedule for summary judgment in lieu of the standard trial setting order.  Consistent with the

foregoing, a proposed order granting this motion and setting a schedule as provided above is included below and will be emailed to chambers.

Dated:  April 17, 2026                    Respectfully submitted,

Miami, Florida


/s/ James Murray Slater
Slater Legal PLLC
9000 Dadeland Blvd.
Ste 1500
Miami, FL 33156
305-523-9023
Email: james@slater.legal
*Counsel for Plaintiff*


JASON REDING QUINONES
UNITED STATES ATTORNEY

By:   /s/ Carlos Raurell
Carlos Raurell
Assistant United States Attorney
Florida Bar No. 529893
Carlos.Raurell@usdoj.gov
United States Attorney's Office
99 NE 4th Avenue, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9243
Facsimile: (305) 530-7139
*Attorneys for the Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-24126-CIV-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

      Plaintiff,

v.

UNITED STATES IMMIGRATION AND
 CUSTOMS ENFORCEMENT, UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY,

      Defendants.

_____/

## **ORDER SETTING BRIEFING SCHEDULE**

This matter is before the Court upon the parties' Joint proposal for a new briefing schedule in lieu of standard trial setting order.  The Court has considered the proposal and is duly advised in the premises. It is hereby

ORDERED that, in lieu of the Court's standard trial setting order and the deadlines provided therein, the Court enters the following schedule for briefing of summary judgment motion(s):

Motions for Summary Judgment Due:           [November 16, 2026].

Responses to Motion for Summary Judgment Due:  [December 16, 2025]

Replies Due:                             [January 6, 2027].

DONE and ORDERED in Chambers, Miami, Florida this _____ day of

_____, 2026.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE