UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-24126-CIV-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

      Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, *et ano.*,

      Defendants.

_____/

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Paperless Orders at ECF Nos. 10 and 14, Plaintiff American Civil Liberties Union of Florida, Inc. and Defendants United States Department of Homeland Security, through its component, Defendant Immigration and Customs Enforcement (ICE), jointly file this Status Report advising the Court of what progress has been made in resolving the issues in the case and what remains to be done.

1.      ACLU of Florida filed this action seeking relief under the Freedom of Information Act, 552 U.S.C. § 552, for ICE's alleged failure to respond as required by FOIA to three requests for information related to two individuals' detention in ICE custody at the Baker County Detention Center in Macclenny, Florida.

2.      Since the filing of the Complaint, ICE has rendered determinations with respect to ACLU of Florida's three FOIA requests. The agency produced responsive material with respect to the third FOIA request (Request No. 2024-ICFO-53110). Further, the agency initially invoked Exemption 7A with respect to the first two FOIA requests (Request Nos. 2024-ICFO-20675 and

2024-ICFO-20679) on the grounds that the material requested was compiled for law enforcement purposes and its disclosure could reasonably be expected to interfere with enforcement proceedings, but the agency later confirmed that such law enforcement proceedings have concluded and it would process records responsive to ACLU of Florida's first two FOIA requests.

3. As of June 2026, the agency has completed processing and producing records responsive to the three FOIA requests. The ACLU of Florida has advised ICE that it would not further challenge the agency's search for and production of records.

4. The only matter that remains is the question of whether the ACLU of Florida is entitled to its reasonable attorneys' fees. The parties are currently conferring on this issue and expect to provide more information to the Court by the time of the next status report as to whether this issue is resolved in whole or in part and whether further proceedings are required.

5. Pursuant to the Court's previously entered modified briefing schedule, motions for summary judgment are due on September 15, 2026; responses are due on October 20, 2026; and replies are due on November 6, 2026.

Dated: June 22, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ James M. Slater* | JASON REDING QUIÑONES |
| James M. Slater (FBN 111779) | UNITED STATES ATTORNEY |
| Slater Legal PLLC | |
| 9000 Dadeland Blvd., Suite 1500 | By: */s/ Carlos Raurell* |
| Miami, Florida 33156 | Carlos Raurell |
| Tel. (305) 523-9023 | Assistant United States Attorney |
| james@slater.legal | Florida Bar No. 529893 |
| | Carlos.Raurell@usdoj.gov |
| Amy Godshall (FBN 1049803) | United States Attorney's Office |
| Daniel B. Tilley (FBN 102882) | 99 NE 4th Avenue, Suite 300 |
| ACLU Foundation of Florida | Miami, Florida 33132 |
| 4343 W. Flagler Street, Suite 400 | Telephone: (305) 961-9243 |
| Miami, FL 33134 | Facsimile: (305) 530-7139 |

Tel. (786) 363-2700
agodshall@aclufl.org                                    *Attorneys for the Defendants*
dtilley@aclufl.org

*Attorneys for Plaintiff*