UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-24126-CIV-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, *et ano.*,

Defendants.
_________________________________________/

**AMENDED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant Rule 41(a)(1)(A)(ii), the parties hereby jointly stipulate as follows:

1. Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the parties request that the Court enter an order retaining jurisdiction to enforce the terms of the parties' attached settlement agreement.

2. Subject to the Court's entry of an order retaining jurisdiction to enforce the parties' attached agreement, the parties request that the Court dismiss this action with prejudice.

3. If the Court declines to retain jurisdiction to enforce the terms of the parties' agreement, then the parties withdraw their request to stipulate to the dismissal of this action.

Dated: October 9, 2026

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Blvd., Suite 1500
Miami, Florida 33156
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*

JASON REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Carlos Raurell*
Carlos Raurell
Assistant United States Attorney
Florida Bar No. 529893
Carlos.Raurell@usdoj.gov
United States Attorney's Office

99 NE 4th Avenue, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9243

*Attorney for the Defendants*