UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-24126-CIV-WILLIAMS

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC.,

Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, *et ano.*,

Defendants.
______________________________________/

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the parties' Amended Joint Stipulation of Dismissal with Prejudice. Upon due consideration, it is hereby

ORDERED AND ADJUDGED that

1. This case is hereby DISMISSED WITH PREJUDICE.

2. The Court will retain jurisdiction solely for enforcing the terms of the parties' settlement agreement.

DONE AND ORDERED in Chambers in Miami, Florida this _____ day of October, 2026.

______________________________________
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE